

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, **)** | |
| **)** | CASE NO. CR22-176 LK |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | |
| **)** | DETENTION ORDER |
| DANESXY ORTEGA, **)** | |
| **)** | |
| Defendant. **)** | |
| _____ **)** | |

<u>Offense charged</u>:       Conspiracy to Commit Bank Robbery; Attempted Bank Robbery; Bank Robbery; Carrying a Firearm During and Relation to a Crime of Violence, Forfeiture Allegations

<u>Date of Detention Hearing</u>:    October 18, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02        1.        Defendant was not interviewed by Pretrial Services.   Much of his background

03   information is unknown or unverified.   Defendant's criminal record includes warrant activity

04   for failure to appear and convictions for escape.   Defendant does not contest detention.

05        2.        Defendant poses a risk of nonappearance based on convictions for escape, and

06   prior warrant for failure to appear, as well as unknown or unverified background information.

07   Defendant poses a risk of danger based on the nature of the offenses, prior criminal record, a

08   history of possessing firearms, and alleged use of firearms in the instant offenses.

09        3.        There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the

11   danger to other persons or the community.

12   It is therefore ORDERED:

13   1.   Defendant shall be detained pending trial, and committed to the custody of the Attorney

14        General for confinement in a correction facility;

15   2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16   3.   On order of the United States or on request of an attorney for the Government, the person

17        in charge of the corrections facility in which defendant is confined shall deliver the

18        defendant to a United States Marshal for the purpose of an appearance in connection with a

19        court proceeding; and

20   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21        the defendant, to the United States Marshal, and to the United State Probation Services

22        Officer.

DETENTION ORDER
PAGE -2

01   DATED this 18th day of October, 2022.

02

03       Mary Alice Theiler
       United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3