The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-176LK |
|---|---|
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| DANESXY ORTEGA, | |
| Defendant. | |

This Court, having considered the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the charges in Count 1, *Conspiracy to Commit Robbery,* and, Count 24, *Brandishing a Firearm During and in Relation to a Crime of Violence* contained in the Fourth Superseding Indictment, and the defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 3rd day of September, 2025.

*[signature]*
LAUREN J. KING
UNITED STATES DISTRICT JUDGE

Acceptance of Plea of Guilty- 1
*United States v. Ortega*, CR22-176LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970