The Honorable Lauren King
The Honorable Tiana Lin

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL KEYLON MILLER-JIMERSON, <br><br> Defendant. | NO. CR22-176 LK <br> CR26-001 TL <br><br> NOTICE OF RELATED CASE |

## I. PROCEDURAL HISTORY

In March 2024, Michael Miller-Jimerson was indicted for Conspiracy to Commit Bank Robbery, in violation of 18 U.S.C. § 2113(a), Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a), and 18 U.S.C. § 2, Bank Robbery in violation of 18 U.S.C. § 2113(a), and 18 U.S.C. § 2, and Robbery, in violation of 18 U.S.C. § 1951(a), 1951(b)(1), and 2, along with co-defendant Shannon Hartfield. CR22-176 LK, Dkt. 542. The case was assigned to the Honorable Lauren King, United States District Judge. *Id.* In December 2025, upon the motion of the United States to dismiss all pending charges in this matter against Defendant Michael Miller-Jimerson, the Court dismissed all pending counts, Dkt. 203. Additional information related to that dismissal is contained in the Government's Unopposed Motion to Dismiss Defendant, Dkt. 202.

Notice of Related Case - 1
*United States v. Miller-Jimerson*, CR22-176LK / CR26-001TL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

In January 2025, a Felony Information as to Michael Keylon Miller-Jimerson was filed charging Michael Keylon Miller-Jimerson with Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a), (d), and 2, Robbery, in violation of 18 U.S.C. § 1951(a), 1951(b)(1), and 2, and Conspiracy to Commit Robbery, in violation of 18 U.S.C. § 371. CR26-001 TL, Dkt. 1. These charges relate to the conspiracy with Hartfield, which is charged in CR22-176 LK.

## II.  DISCUSSION

Local Criminal Rule 13 encourages counsel "to file a notice of related case in order to bring such cases to the Court's attention." The Court may reassign criminal cases pursuant to Local Criminal Rule 13 which provides:

> (a) **Common Questions**. When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge. Such may be assigned to the judge to whom the case bearing the earliest filing number was assigned, at his or her option.

The conduct alleged in the Indictment, for *United States v. Hartfield et al.*, CR22-176 LK, Dkt. 542, assigned to Judge King, is the same conduct alleged in the Information in *United States v. Miller-Jimerson*, CR26-001, Dkt. 1. Therefore, the two cases are related within the meaning of Local Criminal Rule 13.

//
//
//

Notice of Related Case - 2
*United States v. Miller-Jimerson*, CR22-176LK / CR26-001TL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

### III.   CONCLUSION

For those reasons stated above, the government submits this notice advising the Court that these two cases, CR22-176 LK and CR26-001 TL, are related. Due to the overlapping evidence and sentencing considerations, the Government submits reassignment to the same judge may be in the interest of judicial economy.

DATED this 7th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Kristine L. Foerster*
KRISTINE L. FOERSTER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3817
E-mail: Kristine.Foerster@usdoj.gov

Notice of Related Case - 3
*United States v. Miller-Jimerson*, CR22-176LK / CR26-001TL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800